IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NATALIE MAYO,

        Appellant,

 v.                               Case No.  5D21-2909
                                       LT Case No. 2019-18656-CODL

HERBERT S. ZISCHKAU, III,

        Appellee.

_____/

Decision filed January 31, 2023

Appeal from the County Court
for Volusia County,
Angela Dempsey, Judge.

Tanner Andrews, of Tanner Andrews,
P.A., Deland, for Appellant.

Herbert S. Zischkau, III, DeBary, pro se.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and HARRIS, JJ., concur.